IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JEROME BUSHAY, et al.,<br><br>Defendants,<br><br>NUGEN MOTOR SPORTS, INC.,<br><br>Claimant. | CRIMINAL ACTION FILE<br><br>NUMBER 1:10-cr-521-TCB-2 |

## **O R D E R**

On August 5, 2014, the Court entered an order granting the Government's motion for summary judgment, concluding that third-party claimant Nugen Motor Sports, Inc. lacked standing to contest the forfeiture of a white Audi Q7 [901]. Nugen later filed an untimely motion for reconsideration of the Court's August 5th order [911] and then an appeal of the Court's August 5 order. The Eleventh Circuit subsequently issued an opinion vacating the Court's August 5, 2014 grant of summary judgment and remanding the case for further

proceedings, and the Eleventh Circuit's mandate became the judgment of this Court [1008]. In light of that judgment [1008] and subsequent proceedings in this Court, Nugen's motion for reconsideration [911] has been rendered moot. It is therefore denied.

IT IS SO ORDERED this 4th day of January, 2016.

_____
Timothy C. Batten, Sr.
United States District Judge